No. 03–8556. RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8559. BERGIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8560. AMADOR-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8561. BAILEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–8565. MERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–8573. ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8578. VICKERS v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. (two judgments). C. A. 5th Cir. Certiorari denied.

No. 03–8664. ROE v. TAFT, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.